

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00154-CV

| | | |
|---|---|---|
| Jorge Camarillo | § | From the 342nd District Court |
| | § | of Tarrant County (342-266475-13) |
| v. | § | June 28, 2018 |
| | § | Opinion by Justice Gabriel |
| Cabinets by Michael, Inc. and Michael Wells | § | Concurrence by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that the portion of the trial court's judgment regarding Jorge Camarillo's retaliation claim. We reverse the portions of the trial court's judgment that rendered judgment on Jorge Camarillo's overtime claim and award attorney's fees and costs to Jorge Camarillo and remand this case to the trial court for further proceedings consistent with this opinion. We dismiss Cabinets by Michael, Inc. and Michael Wells's cross-appeal as moot.

It is further ordered that appellee/appellant Cabinets by Michael, Inc. and Michael Wells shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
    Justice Lee Gabriel